# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Roan Ciardi and Bianca Ciardi, husband and wife )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>The Lending Company, Inc., et al. )<br>)<br>Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CV 10-275-PHX-JAT |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 24, 2010, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

May 24, 2010

s/Tammy Johnson
By: Deputy Clerk